**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

HOWARD COHAN,

    Plaintiff,

v.                                                                                   Case No:  6:22-cv-1351-RBD-EJK

TAURUS CD 194 APOPKA HOTEL
INVESTMENT, LP,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 12), filed December 8, 2022.  No answer has been filed.  Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** with prejudice.  The Order to Show Cause (Doc. 11) is **DISCHARGED**. The Clerk is directed to terminate all pending motions and close the file.

    **DONE AND ORDERED** in Chambers in Orlando, Florida, on December 12, 2022.



ROY B. DALTON JR.
United States District Judge